UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 15 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VICTOR MANUEL GOMEZ-GUTIERREZ (1),

        Defendant.

CASE NO. 12CR546-L

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_x_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

21USC841(a)(1); 18USC2 - POSSESSION OF MARIJUANA WITH INTENT TO

DISTRIBUTE; AIDING AND ABETTING

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: March 15, 2012

Hon. Karen S. Crawford
U.S. Magistrate Judge